No. 51608.—Protest 608443–G of Harold Abrams & Bro. (New York).

Opinion by TILSON, J.   The record showed that the merchandise consists of hats or hoods known as harvest hats, valued at less than $3 per dozen, similar in all material respects to those involved in *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664).   In accordance therewith and following the authority cited, the hats imported and withdrawn for consumption prior to the effective date of T. D. 48075 were held dutiable at 25 percent under paragraph 1504 (b) (5), and those imported or withdrawn for consumption subsequent to that date were held dutiable at 12½ percent under said paragraph.

No. 51609.—Protests 948379–G, etc., of Alexanders et al. (New York).

Opinion by KINCHELOE, J. .  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   In accordance therewith the claim of the plaintiffs was sustained.

No. 51610.—Protest 125115–K of M. Pressner & Co. (New York).

Opinion by LAWRENCE, J.   The uncontradicted testimony disclosed that the pencil sharpeners in question are composed in chief value of lead, are not plated with platinum, gold, or silver, or colored with gold lacquer, and are similar in all material respects to those the subject of Abstract 48152.   On the established facts and following the cited decision the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MARCH 12, 1947

No. 51611.—Protest 664719–G of T. Sumida & Co., Ltd. (Honolulu).

Opinion by CLINE, J.   It was stipulated that the bean flour is similar in all material respects to that the subject of *Togasaki* v. *United States* (23 C. C. P. A. 342, T. D. 48197).   In accordance therewith the claim at 35 percent under paragraph 775 was sustained.